No. 425. FANCHON & MARCO, INC. *v.* PARAMOUNT PICTURES, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Russell Hardy, Henry Schaefer, Jr.* and *James Wallace*

*Kemp* for petitioner. *Homer I. Mitchell, W. B. Carman* and *Warren M. Christopher* for Paramount Pictures, Inc. et al., and *Gurney E. Newlin* and *Hudson B. Cox* for Twentieth Century-Fox Film Corporation et al., respondents.